AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

REO BOREN,

      Plaintiff,                    JUDGMENT IN A CIVIL CASE

V.

                                      CASE NUMBER: **3:08-cv-0004-ECR-VPC**

WARDEN DONAT, et al.,

      Defendants.

___      **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___      **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

_X_      **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED WITHOUT PREJUDICE.

   May 21, 2008                                      **LANCE S. WILSON**
                                                                     Clerk

                                                                     /s/ Kalani Lizares
                                                                    Deputy Clerk